# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00512-CV

**Karen Haffelfinger, Appellant**

**v.**

**Blake Adams, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. D-1-FM-06-000320, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 13, 2013, appellee Blake Adams filed an unopposed motion requesting a forty-five-day extension of time to file his response brief while the parties attempt to reach a settlement of the dispute. In light of the parties' potential settlement, we will abate the appeal until July 5, 2013. If the parties have finalized a settlement by that date, they are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court as to the status of the appeal and, if necessary, requesting an extension of the abatement.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:  May 21, 2013